**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| THE ESTATE OF ROBERT A. WHETTS, JR.; KIMBERLY L. WILLIAMS, RIKON WILLIAMS, KHALIF WILLIAMS, LOUISE B. WILLIAMS, AND CYNTHIA WHITFIELD, | : No. 656 MAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| Petitioners | : |
| v. | : |
| ARMSTRONG WORLD INDUSTRIES, INC., BRENNTAG NORTHEAST, INC., BARNES & THORNBURG, LLP; MORGAN, LEWIS & BOCKIUS, LLP; AND BARLEY SNYDER, LLP., | :<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.